163 So.2d 356

**Dr. C. J. GILLIAM, individually and on behalf of his minor daughter, Cutrell Gilliam**

**v.**

**Ferrona SERRANO d/b/a Louisiana Greater Shows and National Indemnity Company.**

**No. 47202.**

May 4, 1964.

In re: National Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 162 So.2d 32.

Writ refused. We find no error of law in the judgment complained of.

163 So.2d 357

**GREGORY–SALISBURY METAL PRODUCTS, INC.**

**v.**

**WHITNEY NATIONAL BANK OF NEW ORLEANS et al.**

**No. 47208.**

May 4, 1964.

In re: Gregory-Salisbury Metal Products, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 160 So.2d 813.

The application is denied. The judgment complained of is correct.